JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CESAR LEONARDO LOPEZ AGUILAR,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

Case No. CV 5:26-04902-SSS-RAO

JUDGMENT

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 31, 2026

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE